# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2211

_____

| | |
|---|---|
| Joanne Burrow, | * |
| | * |
| Appellant, | *   Appeal from the United States |
| | *   District Court for the Eastern |
| v. | *   District of Missouri. |
| | * |
| Boeing Company, | *   [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: April 4, 2012
Filed: April 9, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Joanne Burrow appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having conducted de novo review of the record, see Wierman v. Casey's Gen. Stores, 638 F.3d 984, 993 (8th Cir. 2011), and having carefully considered Burrow's arguments for reversal, we agree with the district court that Burrow failed to create any trialworthy issues on whether her race

_____

[1]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

was a contributing factor in the adverse employment actions, as required for a claim under the Missouri Human Rights Act (MHRA), see EEOC v. Con-Way Freight, Inc., 622 F.3d 933, 938 (8th Cir. 2010) (under MHRA plaintiff need only prove that race was contributing factor in employment decision; Missouri courts have defined contributing factor as one that contributed share in anything or has part in producing effect).[2]  The district court is affirmed.  See 8th Cir. R. 47B.

_____

_____

[2]We do not address the claims Burrow has abandoned on appeal.  See Griffith v. City of Des Moines, 387 F.3d 733, 739 (8th Cir. 2004).